UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

In Re: | Case No. 18-10123-TPA

Stephen Charles Martinec, Jr.
Christine Rose Martinec

Chapter 13

Debtors. | Judge Thomas P. Agresti

## NOTICE OF CREDITOR CHANGE OF ADDRESS

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number: 8-1
Last 4 Digits of Account Number: 4731

Current Address for Notices:
Home Point Financial Corporation
11511 Luna Road, Suite 300
Farmers Branch, TX 75234

Phone:
Email:

NEW Address for Notices (Effective Immediately):
Home Point Financial Corporation
11511 Luna Road, Suite 300
Farmers Branch, TX 75234

Phone:
Email:

Current Address for Payments:
Home Point Financial Corporation
PO Box 790309
St. Louis, MO 63179

Phone:
Email:

NEW Address for Payments (Effective Immediately):
Home Point Financial Corporation
11511 Luna Road, Suite 300
Farmers Branch, TX 75234

Phone:
Email:

Respectfully Submitted

_____
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

FILED
U.S. BANKRUPTCY COURT
CLERK
2020 JAN 10 A 10:46
RECEIVED