**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Stephen Charles Martinec Jr.  
    Christine Rose Martinec  
        Debtor(s)

CHAPTER 13

BKY. NO. 18-10123 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

           Respectfully submitted,

           /s/ **Brian C. Nicholas**
           Brian Nicholas
           18 Feb 2022, 10:03:47, EST

           Brian C. Nicholas, Esq. (317240) ☑
           Denise Carlon, Esq. (317226) ☐
           Rebecca A. Solarz, Esq. (315936) ☐
           KML Law Group, P.C.
           BNY Mellon Independence Center
           701 Market Street, Suite 5000
           Philadelphia, PA 19106
           412-430-3594
           bkgroup@kmllawgroup.com