Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Stephen Charles Martinec Jr.** : Case No. 18−10123−TPA
**Christine Rose Martinec** : Chapter: 13
*Debtor(s)* :
:
**RONDA J. WINNECOUR, Trustee,** :
*Movant(s),* :
: Related to Document No. 79
v. :
**No Respondents** : Hearing Date: 5/4/22 at 12:00 PM
*Respondent(s).* :
:
:

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

　　　*AND NOW,* this *The 24th of February, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 79 , by the Chapter 13 Trustee

　　　It is hereby **ORDERED, ADJUDGED and DECREED** that:

　　　(1)　*On or before April 11, 2022*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

　　　(2)　This *Motion* is scheduled for hearing on *May 4, 2022 at 12:00 PM* in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

　　　(3)　If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10123-TPA |
| Stephen Charles Martinec, Jr. | Chapter 13 |
| Christine Rose Martinec | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 24, 2022 | Form ID: 300b | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen Charles Martinec, Jr., Christine Rose Martinec, 2257 Election House Road, Cochranton, PA 16314-5133 |
| 14861061 | + | Home Depot Loan Services, c/o Greensky, LLC, PO Box 530584, Atlanta, GA 30353-0584 |
| 14774102 | + | Home Point Financial Company, 4894 Greenville Avenue, Dallas, TX 75206-4120 |
| 14778527 | + | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 14774104 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14774116 | + | Synovusbk / Thdloansrvcs, 1797 North East Expressway NE, Brookhaven, GA 30329-7803 |
| 14774117 | + | Weltman Weinberg & Reis Co., LPA, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Feb 24 2022 23:36:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14774095 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 23:37:12 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14775543 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 24 2022 23:35:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14799517 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2022 23:37:16 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14774097 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 23:37:19 | Citibank Sd NA, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14774098 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 24 2022 23:35:00 | Citizens Bank, 1000 Lafayette Boulevard, Bridgeport, CT 06604-4725 |
| 14774099 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2022 23:35:00 | Comenity Bank / Bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 14774100 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2022 23:35:00 | Comenity Bank / Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14819083 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2022 23:35:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14774101 | | Email/Text: mrdiscen@discover.com | Feb 24 2022 23:35:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 14777876 | | Email/Text: mrdiscen@discover.com | Feb 24 2022 23:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14819795 | | Email/Text: bankruptcy@homepointfinancial.com | Feb 24 2022 23:35:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |

Case 18-10123-TPA  Doc 81  Filed 02/26/22  Entered 02/27/22 00:28:15  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: 300b | Total Noticed: 39 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14774096 | | Email/PDF: ais.chase.ebn@aisinfo.com Feb 24 2022 23:36:53 | | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14774103 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com Feb 24 2022 23:36:00 | | Jh Portfolio Debt Equities, 5757 Phantom Drive, Suite 225, Hazelwood, MO 63042-2429 |
| 14786187 | + | Email/Text: bankruptcydpt@mcmcg.com Feb 24 2022 23:36:00 | | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 15404380 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com Feb 24 2022 23:36:53 | | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14774106 | | Email/Text: Bankruptcy.Notices@pnc.com Feb 24 2022 23:35:00 | | Pnc Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14774107 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2022 23:37:15 | | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502 |
| 14790645 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2022 23:37:05 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14774747 | + | Email/PDF: rmscedi@recoverycorp.com Feb 24 2022 23:37:05 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14807377 | + | Email/Text: bankruptcynotices@psecu.com Feb 24 2022 23:36:00 | | PSECU, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14774105 | + | Email/Text: bankruptcynotices@psecu.com Feb 24 2022 23:36:00 | | Pa State Employees Credit Union, 1500 Elmerton Avenue, Harrisburg, PA 17110-2990 |
| 14806707 | | Email/Text: bnc-quantum@quantum3group.com Feb 24 2022 23:36:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14951999 | + | Email/Text: bncmail@w-legal.com Feb 24 2022 23:36:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14774108 | + | Email/PDF: gecsedi@recoverycorp.com Feb 24 2022 23:37:13 | | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14774109 | + | Email/PDF: gecsedi@recoverycorp.com Feb 24 2022 23:37:03 | | Syncb / American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14774110 | + | Email/PDF: gecsedi@recoverycorp.com Feb 24 2022 23:36:55 | | Syncb / BP Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14774111 | + | Email/PDF: gecsedi@recoverycorp.com Feb 24 2022 23:37:13 | | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14774112 | + | Email/PDF: gecsedi@recoverycorp.com Feb 24 2022 23:37:13 | | Syncb / Sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14774113 | + | Email/PDF: gecsedi@recoverycorp.com Feb 24 2022 23:36:54 | | Syncb / Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14774114 | + | Email/PDF: gecsedi@recoverycorp.com Feb 24 2022 23:37:14 | | Syncb Home, Po Box 965036, Orlando, FL 32896-5036 |
| 14774115 | + | Email/PDF: gecsedi@recoverycorp.com Feb 24 2022 23:37:13 | | Synchrony Bank, 950 Forrer Boulevard, Kettering, OH 45420-1469 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | *P++ | HOME POINT FINANCIAL CORPORATION, 11511 LUNA ROAD, 2ND AND 3RD FLOOR, FARMERS BRANCH TX 75234-6451, address filed with court:, Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: 300b | Total Noticed: 39 |

|   |   |   | 75234 |
|---|---|---|---|
| cr | *+ |   | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Home Point Financial Corporation cwohlrab@raslg.com |
| Daniel P. Foster | on behalf of Debtor Stephen Charles Martinec Jr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Christine Rose Martinec dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | on behalf of Creditor Home Point Financial Corporation pawb@fedphe.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor Home Point Financial Corporation smncina@rascrane.com |
| Thomas Song | on behalf of Creditor Home Point Financial Corporation pawb@fedphe.com |

TOTAL: 9