**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>STEPHEN CHARLES MARTINEC, JR.<br>CHRISTINE ROSE MARTINEC<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:18-10123 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 23, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/14/2018 and confirmed on 4/25/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 97,230.82 |
| Less Refunds to Debtor | 2,806.48 | |
| TOTAL AMOUNT OF PLAN FUND | | 94,424.34 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,500.00 | |
|    Trustee Fee | 4,590.98 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,090.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 61,282.64 | 0.00 | 61,282.64 |
|     Acct: 3905 | | | | |
|   MIDFIRST BANK SSB* | 2,284.64 | 2,284.64 | 0.00 | 2,284.64 |
|     Acct: 3905 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 5,008.54 | 5,008.54 | 348.91 | 5,357.45 |
|     Acct: 9949 | | | | |
| | | | | 68,924.73 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEPHEN CHARLES MARTINEC, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEPHEN CHARLES MARTINEC, JR. | 2,123.08 | 2,123.08 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEPHEN CHARLES MARTINEC, JR. | 683.40 | 683.40 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMERICAN CREDIT ACCEPTANCE LLC | 0.00 | 6,016.14 | 0.00 | 6,016.14 |
|     Acct: 1930 | | | | |
| | | | | 6,016.14 |
| **Unsecured** | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2515 | | | | |
|   CITIZENS BANK NA(*) | 15,232.44 | 2,010.68 | 0.00 | 2,010.68 |
|     Acct: 6681 | | | | |
|   DISCOVER BANK(*) | 8,795.76 | 1,161.04 | 0.00 | 1,161.04 |
|     Acct: 2638 | | | | |
|   DISCOVER BANK(*) | 3,497.72 | 461.70 | 0.00 | 461.70 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 6962 | | | | |
| | JH PORTFOLIO DEBT EQUITIES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2901 | | | | |
| | CAPITAL ONE NA** | 1,046.70 | 138.16 | 0.00 | 138.16 |
| | Acct: 7813 | | | | |
| | PA STATE EMPLOYEES CU/PSECU | 11,358.61 | 1,499.34 | 0.00 | 1,499.34 |
| | Acct: 9949 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2734 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 4,157.69 | 548.82 | 0.00 | 548.82 |
| | Acct: 6762 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 3,143.49 | 414.94 | 0.00 | 414.94 |
| | Acct: 4192 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,479.91 | 195.35 | 0.00 | 195.35 |
| | Acct: 4493 | | | | |
| | HOME DEPOT LOAN SERVICES | 4,276.21 | 564.46 | 0.00 | 564.46 |
| | Acct: 3200 | | | | |
| | MIDLAND FUNDING LLC | 4,401.92 | 581.05 | 0.00 | 581.05 |
| | Acct: 4014 | | | | |
| | MIDLAND FUNDING LLC | 1,613.11 | 212.93 | 0.00 | 212.93 |
| | Acct: 1649 | | | | |
| | MIDLAND FUNDING LLC | 979.18 | 129.25 | 0.00 | 129.25 |
| | Acct: 1555 | | | | |
| | MIDLAND FUNDING LLC | 5,352.12 | 706.48 | 0.00 | 706.48 |
| | Acct: 8511 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 3,107.18 | 410.15 | 0.00 | 410.15 |
| | Acct: 9126 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 5,822.95 | 768.63 | 0.00 | 768.63 |
| | Acct: 8561 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 3,511.11 | 463.47 | 0.00 | 463.47 |
| | Acct: 7031 | | | | |
| | BILL ME LATER INC A/S/F SYNCHRONY BA | 954.82 | 126.04 | 0.00 | 126.04 |
| | Acct: 6638 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8561 | | | | |
| | D ANTHONY SOTTILE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 10,392.49 |

TOTAL PAID TO CREDITORS                                                                                                      85,333.36

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 7,293.18 |
| UNSECURED | 78,730.92 |

Date: 02/23/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    STEPHEN CHARLES MARTINEC, JR.
    CHRISTINE ROSE MARTINEC
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:18-10123 TPA

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Stephen Charles Martinec, Jr.  
Christine Rose Martinec  
    Debtors

Case No. 18-10123-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Feb 24, 2022      Form ID: pdf900      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen Charles Martinec, Jr., Christine Rose Martinec, 2257 Election House Road, Cochranton, PA 16314-5133 |
| 14861061 | + | Home Depot Loan Services, c/o Greensky, LLC, PO Box 530584, Atlanta, GA 30353-0584 |
| 14774102 | + | Home Point Financial Company, 4894 Greenville Avenue, Dallas, TX 75206-4120 |
| 14778527 | + | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 14774104 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14774116 | + | Synovusbk / Thdloansrvcs, 1797 North East Expressway NE, Brookhaven, GA 30329-7803 |
| 14774117 | + | Weltman Weinberg & Reis Co., LPA, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Feb 24 2022 23:36:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14774095 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 23:36:55 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14775543 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 24 2022 23:35:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14799517 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2022 23:37:05 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14774097 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 23:37:00 | Citibank Sd NA, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14774098 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 24 2022 23:35:00 | Citizens Bank, 1000 Lafayette Boulevard, Bridgeport, CT 06604-4725 |
| 14774099 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2022 23:35:00 | Comenity Bank / Bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 14774100 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2022 23:35:00 | Comenity Bank / Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14819083 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2022 23:35:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14774101 | | Email/Text: mrdiscen@discover.com | Feb 24 2022 23:35:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 14777876 | | Email/Text: mrdiscen@discover.com | Feb 24 2022 23:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14819795 | | Email/Text: bankruptcy@homepointfinancial.com | Feb 24 2022 23:35:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |

Case 18-10123-TPA  Doc 82  Filed 02/26/22  Entered 02/27/22 00:28:15  Desc Imaged
Certificate of Notice  Page 7 of 8

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: pdf900 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14774096 | | Email/PDF: ais.chase.ebn@aisinfo.com Feb 24 2022 23:36:53 | | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14774103 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com Feb 24 2022 23:36:00 | | Jh Portfolio Debt Equities, 5757 Phantom Drive, Suite 225, Hazelwood, MO 63042-2429 |
| 14786187 | + | Email/Text: bankruptcydpt@mcmcg.com Feb 24 2022 23:36:00 | | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 15404380 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com Feb 24 2022 23:37:02 | | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14774106 | | Email/Text: Bankruptcy.Notices@pnc.com Feb 24 2022 23:35:00 | | Pnc Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14774107 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2022 23:36:56 | | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502 |
| 14790645 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2022 23:37:05 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14774747 | + | Email/PDF: rmscedi@recoverycorp.com Feb 24 2022 23:37:06 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14807377 | + | Email/Text: bankruptcynotices@psecu.com Feb 24 2022 23:36:00 | | PSECU, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14774105 | + | Email/Text: bankruptcynotices@psecu.com Feb 24 2022 23:36:00 | | Pa State Employees Credit Union, 1500 Elmerton Avenue, Harrisburg, PA 17110-2990 |
| 14806707 | | Email/Text: bnc-quantum@quantum3group.com Feb 24 2022 23:36:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14951999 | + | Email/Text: bncmail@w-legal.com Feb 24 2022 23:36:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14774108 | + | Email/PDF: gecsedi@recoverycorp.com Feb 24 2022 23:37:14 | | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14774109 | + | Email/PDF: gecsedi@recoverycorp.com Feb 24 2022 23:37:13 | | Syncb / American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14774110 | + | Email/PDF: gecsedi@recoverycorp.com Feb 24 2022 23:36:55 | | Syncb / BP Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14774111 | + | Email/PDF: gecsedi@recoverycorp.com Feb 24 2022 23:37:13 | | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14774112 | + | Email/PDF: gecsedi@recoverycorp.com Feb 24 2022 23:36:54 | | Syncb / Sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14774113 | + | Email/PDF: gecsedi@recoverycorp.com Feb 24 2022 23:37:04 | | Syncb / Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14774114 | + | Email/PDF: gecsedi@recoverycorp.com Feb 24 2022 23:36:54 | | Syncb Home, Po Box 965036, Orlando, FL 32896-5036 |
| 14774115 | + | Email/PDF: gecsedi@recoverycorp.com Feb 24 2022 23:37:03 | | Synchrony Bank, 950 Forrer Boulevard, Kettering, OH 45420-1469 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | *P++ | HOME POINT FINANCIAL CORPORATION, 11511 LUNA ROAD, 2ND AND 3RD FLOOR, FARMERS BRANCH TX 75234-6451, address filed with court:, Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX |

Case 18-10123-TPA    Doc 82    Filed 02/26/22    Entered 02/27/22 00:28:15    Desc Imaged
Certificate of Notice    Page 8 of 8

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: pdf900 | Total Noticed: 39 |

|    |    |    |    |
|---|---|---|---|
|    |    | 75234 |    |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |    |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2022            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Home Point Financial Corporation cwohlrab@raslg.com |
| Daniel P. Foster | on behalf of Debtor Stephen Charles Martinec Jr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Christine Rose Martinec dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | on behalf of Creditor Home Point Financial Corporation pawb@fedphe.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor Home Point Financial Corporation smncina@rascrane.com |
| Thomas Song | on behalf of Creditor Home Point Financial Corporation pawb@fedphe.com |

TOTAL: 9