| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Stephen Charles Martinec Jr. <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9949 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Christine Rose Martinec <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8816 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–10123–TPA | |

# Order of Discharge                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Stephen Charles Martinec Jr.                    Christine Rose Martinec

4/19/22                                         **By the court:** Thomas P. Agresti
                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Stephen Charles Martinec, Jr.  
Christine Rose Martinec  
    Debtors

Case No. 18-10123-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4  
Date Rcvd: Apr 19, 2022      Form ID: 3180W      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen Charles Martinec, Jr., Christine Rose Martinec, 2257 Election House Road, Cochranton, PA 16314-5133 |
| 14861061 | + | Home Depot Loan Services, c/o Greensky, LLC, PO Box 530584, Atlanta, GA 30353-0584 |
| 14774102 | + | Home Point Financial Company, 4894 Greenville Avenue, Dallas, TX 75206-4120 |
| 14778527 | + | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 14774104 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14774116 | + | Synovusbk / Thdloansrvcs, 1797 North East Expressway NE, Brookhaven, GA 30329-7803 |
| 14774117 | + | Weltman Weinberg & Reis Co., LPA, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 20 2022 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 19 2022 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 20 2022 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 19 2022 23:32:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bncmail@w-legal.com | Apr 19 2022 23:32:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14774095 | | EDI: CAPITALONE.COM | Apr 20 2022 03:33:00 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14775543 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 19 2022 23:32:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14799517 | | Email/PDF: bncnotices@becket-lee.com | Apr 19 2022 23:34:04 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14774097 | + | EDI: CITICORP.COM | Apr 20 2022 03:33:00 | Citibank Sd NA, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14774098 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 19 2022 23:32:00 | Citizens Bank, 1000 Lafayette Boulevard, Bridgeport, CT 06604-4725 |
| 14774099 | + | EDI: WFNNB.COM | | |

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 19, 2022 | Form ID: 3180W | Total Noticed: 41 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14774100 | + | EDI: WFNNB.COM | Apr 20 2022 03:33:00 | Comenity Bank / Bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 14819083 | + | EDI: WFNNB.COM | Apr 20 2022 03:33:00 | Comenity Bank / Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| | | | Apr 20 2022 03:33:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14774101 | | EDI: DISCOVER.COM | Apr 20 2022 03:33:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 14777876 | | EDI: DISCOVER.COM | Apr 20 2022 03:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14819795 | | Email/Text: bankruptcy@homepointfinancial.com | Apr 19 2022 23:32:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| 14774096 | | EDI: JPMORGANCHASE | Apr 20 2022 03:33:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14774103 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Apr 19 2022 23:32:00 | Jh Portfolio Debt Equities, 5757 Phantom Drive, Suite 225, Hazelwood, MO 63042-2429 |
| 14786187 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 19 2022 23:32:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 15404380 | + | EDI: AISMIDFIRST | Apr 20 2022 03:33:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14774106 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2022 23:32:00 | Pnc Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14774107 | | EDI: PRA.COM | Apr 20 2022 03:33:00 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502 |
| 14790645 | | EDI: PRA.COM | Apr 20 2022 03:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14774747 | + | EDI: RECOVERYCORP.COM | Apr 20 2022 03:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14807377 | + | Email/Text: bankruptcynotices@psecu.com | Apr 19 2022 23:32:00 | PSECU, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14774105 | + | Email/Text: bankruptcynotices@psecu.com | Apr 19 2022 23:32:00 | Pa State Employees Credit Union, 1500 Elmerton Avenue, Harrisburg, PA 17110-2990 |
| 14806707 | | EDI: Q3G.COM | Apr 20 2022 03:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14951999 | + | Email/Text: bncmail@w-legal.com | Apr 19 2022 23:32:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14774108 | + | EDI: RMSC.COM | Apr 20 2022 03:33:00 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14774109 | + | EDI: RMSC.COM | Apr 20 2022 03:33:00 | Syncb / American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14774110 | + | EDI: RMSC.COM | Apr 20 2022 03:33:00 | Syncb / BP Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14774111 | + | EDI: RMSC.COM | Apr 20 2022 03:33:00 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14774112 | + | EDI: RMSC.COM | Apr 20 2022 03:33:00 | Syncb / Sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14774113 | + | EDI: RMSC.COM | Apr 20 2022 03:33:00 | Syncb / Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 4 |
| Date Rcvd: Apr 19, 2022 | Form ID: 3180W | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| 14774114 | + EDI: RMSC.COM | Apr 20 2022 03:33:00 | Syncb Home, Po Box 965036, Orlando, FL 32896-5036 |
| 14774115 | + EDI: RMSC.COM | Apr 20 2022 03:33:00 | Synchrony Bank, 950 Forrer Boulevard, Kettering, OH 45420-1469 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | *P++ | HOME POINT FINANCIAL CORPORATION, 11511 LUNA ROAD, 2ND AND 3RD FLOOR, FARMERS BRANCH TX 75234-6451, address filed with court:, Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 21, 2022         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Home Point Financial Corporation cwohlrab@raslg.com |
| Daniel P. Foster | on behalf of Debtor Stephen Charles Martinec Jr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Christine Rose Martinec dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | on behalf of Creditor Home Point Financial Corporation pawb@fedphe.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor Home Point Financial Corporation smncina@rascrane.com |
| Thomas Song | on behalf of Creditor Home Point Financial Corporation pawb@fedphe.com |

District/off: 0315-1      User: auto      Page 4 of 4
Date Rcvd: Apr 19, 2022      Form ID: 3180W      Total Noticed: 41
TOTAL: 9