**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/19/22 4:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
STEPHEN CHARLES MARTINEC, JR.
CHRISTINE ROSE MARTINEC
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-10123 TPA

Chapter 13

Document No.: 79

### ORDER OF COURT

AND NOW, this ____19th____ day of ____April____, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE     jlm

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10123-TPA |
| Stephen Charles Martinec, Jr. | Chapter 13 |
| Christine Rose Martinec | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 19, 2022 | Form ID: pdf900 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen Charles Martinec, Jr., Christine Rose Martinec, 2257 Election House Road, Cochranton, PA 16314-5133 |
| 14861061 | + | Home Depot Loan Services, c/o Greensky, LLC, PO Box 530584, Atlanta, GA 30353-0584 |
| 14774102 | + | Home Point Financial Company, 4894 Greenville Avenue, Dallas, TX 75206-4120 |
| 14778527 | + | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 14774104 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14774116 | + | Synovusbk / Thdloansrvcs, 1797 North East Expressway NE, Brookhaven, GA 30329-7803 |
| 14774117 | + | Weltman Weinberg & Reis Co., LPA, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Apr 19 2022 23:32:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14774095 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2022 23:34:07 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14775543 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 19 2022 23:32:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14799517 | | Email/PDF: bncnotices@becket-lee.com | Apr 19 2022 23:34:01 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14774097 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2022 23:34:05 | Citibank Sd NA, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14774098 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 19 2022 23:32:00 | Citizens Bank, 1000 Lafayette Boulevard, Bridgeport, CT 06604-4725 |
| 14774099 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 19 2022 23:32:00 | Comenity Bank / Bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 14774100 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 19 2022 23:32:00 | Comenity Bank / Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14819083 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 19 2022 23:32:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14774101 | | Email/Text: mrdiscen@discover.com | Apr 19 2022 23:32:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 14777876 | | Email/Text: mrdiscen@discover.com | Apr 19 2022 23:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14819795 | | Email/Text: bankruptcy@homepointfinancial.com | Apr 19 2022 23:32:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |

Case 18-10123-TPA   Doc 86   Filed 04/21/22   Entered 04/22/22 00:23:44   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Apr 19, 2022 | Form ID: pdf900 | Total Noticed: 39 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 14774096 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 19 2022 23:34:08 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14774103 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Apr 19 2022 23:32:00 | Jh Portfolio Debt Equities, 5757 Phantom Drive, Suite 225, Hazelwood, MO 63042-2429 |
| 14786187 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 19 2022 23:32:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 15404380 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 19 2022 23:34:07 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14774106 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2022 23:32:00 | Pnc Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14774107 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2022 23:34:04 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502 |
| 14790645 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2022 23:34:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14774747 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 19 2022 23:34:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14807377 | + | Email/Text: bankruptcynotices@psecu.com | Apr 19 2022 23:32:00 | PSECU, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14774105 | + | Email/Text: bankruptcynotices@psecu.com | Apr 19 2022 23:32:00 | Pa State Employees Credit Union, 1500 Elmerton Avenue, Harrisburg, PA 17110-2990 |
| 14806707 | | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2022 23:32:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14951999 | + | Email/Text: bncmail@w-legal.com | Apr 19 2022 23:32:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14774108 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 23:34:08 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14774109 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 23:34:04 | Syncb / American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14774110 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 23:34:04 | Syncb / BP Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14774111 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 23:34:08 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14774112 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 23:34:00 | Syncb / Sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14774113 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 23:34:01 | Syncb / Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14774114 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 23:34:01 | Syncb Home, Po Box 965036, Orlando, FL 32896-5036 |
| 14774115 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 23:34:05 | Synchrony Bank, 950 Forrer Boulevard, Kettering, OH 45420-1469 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | MIDFIRST BANK |
| cr | *P++ | HOME POINT FINANCIAL CORPORATION, 11511 LUNA ROAD, 2ND AND 3RD FLOOR, FARMERS BRANCH TX 75234-6451, address filed with court:, Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 19, 2022 | Form ID: pdf900 | Total Noticed: 39 |

```
                         75234
cr           *+          PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021
```

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Home Point Financial Corporation cwohlrab@raslg.com |
| Daniel P. Foster | on behalf of Debtor Stephen Charles Martinec Jr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Christine Rose Martinec dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | on behalf of Creditor Home Point Financial Corporation pawb@fedphe.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor Home Point Financial Corporation smncina@rascrane.com |
| Thomas Song | on behalf of Creditor Home Point Financial Corporation pawb@fedphe.com |

TOTAL: 9